UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



UNITED STATES OF AMERICA,   CR09-40097

       Plaintiff,   ORDER GRANTING GOVERNMENT'S
vs.   MOTION TO CORRECT JUDGMENT

MARK HOWARD WHITE,

       Defendant.

The Court having reviewed the Government's Motion to Correct Judgment filed herein, and good cause appearing therefor, it is hereby

ORDERED:

1. That the Government's Motion to Correct Judgment is granted;

2. That pursuant to Fed. R. Crim. P. 36, the restitution ordered on page 4 of said Judgment shall be revised as follows: $1,473.90 to the South Dakota State Farm Service Agency, and $16,357.00 to the United States Fish & Wildlife Service.

3. That the Clerk will prepare an Amended Judgment in a Criminal Case reflecting the corrected restitution.

Dated: May 13, 2010

BY THE COURT:

JOHN E. SIMKO
United States Magistrate Judge